

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of David Burrows and Lyndsi Arnold and In the Interest of J.C.B., a Child

No. 06-17-00009-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2016-1997-DR). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED JANUARY 25, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk